# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | Case No.  CR-14-119-C |
| ) | |
| **CALVIN DONNELL HOWARD, JR,** ) | |
| ) | |
| **Defendant.** ) | |

## SEALING ORDER

NOW on this 22nd day of September, 2020, the above-styled and numbered cause comes before this Court upon the Application (Doc. No. 25) of Timothy J. Downing, United States Attorney for the Western District of Oklahoma, and Ashley L. Altshuler, Assistant United States Attorney, that Attachment 5 of the Government's Response to Defendant's Motion to Reduce Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) in the above-numbered cause be filed under seal in this Court pursuant to an Order under Local Criminal Rule 12.2.

WHEREUPON, the Court, being fully advised in the premises, finds that said Application is meritorious and should be granted.

IT IS THEREFORE ORDERED that Attachment 5 of the Government's Response to Defendant's Motion to Reduce Term of Imprisonment Pursuant to

18 U.S.C. § 3582(c)(1)(A) in the above-captioned case be filed in the Office of the Clerk of this Court under seal, so as not to become matters of public record in this Court, until further order of the Court.

    IT IS SO ORDERED this 22nd day of September 2020.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge